IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Roberta Kowitz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **STIPULATION TO AMEND** |
| vs. | ) | **SCHEDULING/DISCOVERY PLAN** |
| | ) | |
| Trinity Health, Douglas Reinertson, and | ) | |
| Mark Waldera, | ) | Case No. 4:13-cv-017 |
| | ) | |
| Defendants. | ) | |

Before the court is a Stipulation and an Amended Scheduling/Discovery Plan filed October 14, 2013. The court **ADOPTS** in part the stipulation (Docket No. 12) and **ORDERS** the Scheduling/Discovery Plan (Docket No. 9) **AMENDED** as follows:

1. The parties shall have until **April 1, 2014** to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    A. Plaintiff by **May 1, 2014**; and
    B. Defendants by **June 16, 2014.**

3. The parties shall have until **July 15, 2014** to complete discovery depositions of expert witnesses.

4. The proposed Amended Scheduling/Discovery Plan lists a threshold motions deadline of October 30, 2014. However, the parties shall have until **October 30, 2013**, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

1

5. The parties shall have until **July 1, 2014** to file other dispositive motions (summary judgment as to all or part of the case).

9. Each party shall serve no more than **50** interrogatories, including subparts. No broad contention interrogatories (i.e., "List all facts supporting your claim that . . .") shall be used. (Show good cause for more than 25 interrogatories allowed by Rule 33).

**IT IS SO ORDERED.**

Dated this 21st day of October, 2013.

>  _/s/  Charles S. Miller, Jr._
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court