# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Roberta Kowitz, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Trinity Health, Douglas Reinertson, and ) | |
| Mark Waldera, ) | |
| ) | Case No. 4:13-cv-017 |
| Defendants. ) | |

Before the court is a motion for attorney Lori Broker to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Lori Broker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 34) is **GRANTED**. Attorney Lori Broker is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2014.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr.
                                                    United States Magistrate Judge